*Reynolds* v. *N. Y. B. L. Banking Co.*, 89 Hun, 609, affirmed.
(Submitted January 27, 1899; decided February 28, 1899.)

Appeal from a judgment and order of the late General Term of the Supreme Court in the second judicial department, entered in November, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*William H. Hamilton* and *William L. Kiefer* for appellant.

*Isaac N. Mills* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

———————————

Daniel E. Seybel, as Executor of the Last Will and Testament of Darius G. Crosby, Deceased, Respondent, *v.* The Workingmen's Co-operative Association of the United Insurance League of New York, Appellant.

*Crosby* v. *Workingman's Assn.*, 6 App. Div. 440, affirmed.
(Argued January 30, 1899; decided February 28, 1899.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1896, and from the judgment entered thereon, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William B. Donihee* and *Charles Haldane* for appellant.

*Joseph Fettretch* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.